UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE AGUILAR, dba JOE'S AUTOMOTIVE, et al,<br><br>        Defendants. | Case No.: 18-CV-0277 AJB (KSC)<br><br>**ORDER ON JOINT MOTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISS CASE WITH PREJUDICE** |

The parties having jointly moved to dismiss this matter with prejudice and having consented that the District Court will retain jurisdiction over all matters with regard to interpretation and enforcement of the settlement agreement between the parties,

IT IS HEREBY ORDERED: The Court will retain jurisdiction over all disputes between (among) the parties arising out of their settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement until all terms of the settlement have been fulfilled, or three years from the date below, whichever is greater.

///

///

///

1  ///
2
3  It is further ordered that the complaint of Plaintiff KAREL SPIKES, USDC
4  Case No. 18-CV-0277AJB (KSC) is hereby dismissed with prejudice.
5  IT IS SO ORDERED.
6
7  DATED: July 10, 2018

Hon. Anthony J. Battaglia
U.S. District Judge